STATE of Delaware, Plaintiff Below, Appellant,

v.

Sylvester FRINK, Defendant Below, Appellee.

No. 369, 2000.

Supreme Court of Delaware.

Submitted: March 6, 2001.

Decided: March 8, 2001.

Rehearing Denied March 29, 2001.

Before VEASEY, Chief Justice, HOLLAND and STEELE, Justices.

This 8th day of March 2001, the Court having considered this matter on the briefs filed by the parties, has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned decision dated June 30, 2000.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT
Randy J. Holland
Justice